ACCEPTED
03-14-00375-CV
7367674
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 11:10:44 AM
JEFFREY D. KYLE
CLERK

# PARENTI LAW PLLC

MARK PARENTI
TEL: (281) 224-8589
mark@parentilaw.com
*licensed in Texas*

MEREDITH PARENTI
TEL: (281) 224-5848
meredith@parentilaw.com
*licensed in Texas & New York*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/14/2015 11:10:44 AM
JEFFREY D. KYLE
Clerk

October 14, 2015

Hon. Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Re:     *AusPro Enterprises, LP v. Tex. Dep't of Transp.*, No. 03-14-00375-CV.

Dear Mr. Kyle:

    I intend to present oral argument in this case on November 18, 2015 on behalf of Appellant AusPro Enterprises, LP.

        Respectfully submitted,

*Meredith B. Parenti*

Meredith B. Parenti
Counsel for Appellant AusPro Enterprises, LP

cc: Douglas Geyser

---